# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: PULJU, ASHLEY SUZANNE § Case No. 12-12299-SBB
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

   M. Stephen Peters, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $9,311.20         Assets Exempt: $1,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $748.59      Claims Discharged
                                              Without Payment: $65,916.99

Total Expenses of Administration: $380.46

---

   3) Total gross receipts of $ 7,528.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,399.29 (see **Exhibit 2**), yielded net receipts of $1,129.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,619.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 380.46 | 380.46 | 380.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,210.00 | 66,533.58 | 66,533.58 | 748.59 |
| **TOTAL DISBURSEMENTS** | $70,829.00 | $66,914.04 | $66,914.04 | $1,129.05 |

4) This case was originally filed under Chapter 7 on February 13, 2012. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/14/2013          By: /s/M. Stephen Peters, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 TAX REFUNDS | 1124-000 | 1,129.00 |
| DEBTORS SHARE OF REFUND | 1280-000 | 6,399.29 |
| Interest Income | 1270-000 | 0.05 |
| **TOTAL GROSS RECEIPTS** | | **$7,528.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ASHLEY AND MICHAEL PULJU | DEBTORS SHARE OF TAX REFUND | 8500-002 | 6,399.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,399.29** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Security Service Federal Credit Union | 4110-000 | 11,619.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$11,619.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| M. Stephen Peters, Trustee | 2100-000 | N/A | 282.26 | 282.26 | 282.26 |
| M. Stephen Peters, Trustee | 2200-000 | N/A | 47.60 | 47.60 | 47.60 |
| Bank of America | 2600-000 | N/A | 0.60 | 0.60 | 0.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $380.46 | $380.46 | $380.46 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | 4,994.00 | 4,147.61 | 4,147.61 | 52.35 |
| 2 | Discover Bank | 7100-000 | 6,199.00 | 6,199.76 | 6,199.76 | 78.25 |
| 3 | Great Lakes Educational Loan Services | 7100-000 | 41,186.00 | 22,483.10 | 22,483.10 | 283.77 |
| 4 | Great Lakes Educational Loan Services | 7100-000 | N/A | 26,480.91 | 26,480.91 | 334.22 |
| 5 | Capital One, N.A. | 7200-000 | 6,699.00 | 7,222.20 | 7,222.20 | 0.00 |
| NOTFILED | Chase | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $59,210.00 | $66,533.58 | $66,533.58 | $748.59 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-12299-SBB
**Case Name:** PULJU, ASHLEY SUZANNE

**Trustee:** (260020) M. Stephen Peters, Trustee
**Filed (f) or Converted (c):** 02/13/12 (f)
**§341(a) Meeting Date:** 03/09/12

**Period Ending:** 04/14/13

**Claims Bar Date:** 07/05/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2011 TAX REFUNDS | Unknown | 1,129.00 | | 1,129.00 | FA |
| 2 | BANK ACCT. | 11.20 | 11.20 | | 0.00 | FA |
| 3 | Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | PICTURES | 500.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | CHRYSLER | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | COMPUTERS | 800.00 | 0.00 | | 0.00 | FA |
| 9 | DEBTORS SHARE OF REFUND (u) REPRESENTS DEBTORS SHARE OF TAX REF | 0.00 | 6,399.29 | | 6,399.29 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.05 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$9,311.20** | **$7,539.49** | | **$7,528.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

    12/18/12 REVIEWED

**Initial Projected Date Of Final Report (TFR):** December 1, 2012     **Current Projected Date Of Final Report (TFR):** December 19, 2012 (Actual)

Printed: 04/14/2013 08:07 PM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-12299-SBB
**Case Name:** PULJU, ASHLEY SUZANNE

**Taxpayer ID #:** **-***8839
**Period Ending:** 04/14/13

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** BANK OF AMERICA
**Account:** ********74 - Money Market Account
**Blanket Bond:** $84,384,262.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/06/12 | | INTERNAL REVENUE SERVICE | Tax Refund | | | 7,528.29 | | 7,528.29 |
| | {1} | IRS | Tax Refund | 1,129.00 | 1124-000 | | | 7,528.29 |
| | {9} | IRS | DEBTORS' SHARE OF<br>TAX REFUND | 6,399.29 | 1280-000 | | | 7,528.29 |
| 08/18/12 | 101 | ASHLEY AND MICHAEL PULJU | DEBTORS SHARE OF TAX REFUND | | 8500-002 | | 6,399.29 | 1,129.00 |
| 08/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | | 1270-000 | 0.05 | | 1,129.05 |
| 09/14/12 | | Bank of America | Bank and Technology Services Fees | | 2600-000 | | 0.60 | 1,128.45 |
| 09/14/12 | | Bank of America | Transfer to The Bank of New York Mellon | | 9999-000 | | 1,128.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 7,528.34 | 7,528.34 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 1,128.45 | |
| | | | **Subtotal** | | | 7,528.34 | 6,399.89 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$7,528.34** | **$6,399.89** | |

{} Asset reference(s)                                                                                                                 Printed: 04/14/2013 08:07 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-12299-SBB
**Case Name:** PULJU, ASHLEY SUZANNE

**Taxpayer ID #:** **-***8839
**Period Ending:** 04/14/13

**Trustee:** M. Stephen Peters, Trustee (260020)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******67-66 - Checking Account
**Blanket Bond:** $84,384,262.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 1,128.45 | | 1,128.45 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,103.45 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,078.45 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001026002088 20121213 | 9999-000 | | 1,078.45 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,128.45 | 1,128.45 | $0.00 |
| | | | Less: Bank Transfers | | 1,128.45 | 1,078.45 | |
| | | | Subtotal | | 0.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $50.00 | |

{} Asset reference(s)

Printed: 04/14/2013 08:07 PM   V.13.13

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 12-12299-SBB | | Trustee: | M. Stephen Peters, Trustee (260020) |
|---|---|---|---|---|
| Case Name: | PULJU, ASHLEY SUZANNE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****332766 - Checking Account |
| Taxpayer ID #: | **-***8839 | | Blanket Bond: | $84,384,262.00 (per case limit) |
| Period Ending: | 04/14/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,078.45 | | 1,078.45 |
| 02/05/13 | 30101 | M. Stephen Peters, Trustee | Dividend paid 100.00% on $47.60, Trustee Expenses; Reference: | 2200-000 | | 47.60 | 1,030.85 |
| 02/05/13 | 30102 | M. Stephen Peters, Trustee | Dividend paid 100.00% on $282.26, Trustee Compensation; Reference: | 2100-000 | | 282.26 | 748.59 |
| 02/05/13 | 30103 | Atlas Acquisitions LLC | Dividend paid 1.26% on $4,147.61; Claim# 1; Filed: $4,147.61; Reference: | 7100-000 | | 52.35 | 696.24 |
| 02/05/13 | 30104 | Discover Bank | Dividend paid 1.26% on $6,199.76; Claim# 2; Filed: $6,199.76; Reference: | 7100-000 | | 78.25 | 617.99 |
| 02/05/13 | 30105 | Great Lakes Educational Loan Services | Dividend paid 1.26% on $22,483.10; Claim# 3; Filed: $22,483.10; Reference: | 7100-000 | | 283.77 | 334.22 |
| 02/05/13 | 30106 | Great Lakes Educational Loan Services | Dividend paid 1.26% on $26,480.91; Claim# 4; Filed: $26,480.91; Reference: | 7100-000 | | 334.22 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,078.45 | 1,078.45 | $0.00 |
| | | | Less: Bank Transfers | | 1,078.45 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,078.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,078.45** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********74 | 7,528.34 | 6,399.89 | 0.00 |
| Checking # 9200-******67-66 | 0.00 | 50.00 | 0.00 |
| Checking # ****332766 | 0.00 | 1,078.45 | 0.00 |
| | $7,528.34 | $7,528.34 | $0.00 |

{} Asset reference(s)     Printed: 04/14/2013 08:07 PM    V.13.13